UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO L. MARTINI,<br><br>   Plaintiff. | Case No. 20-cv-05849-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

This action was opened in error and is DISMISSED.  No filing fee is due.

**IT IS SO ORDERED.**

**Dated:**  September 28, 2020

JOSEPH C. SPERO
Chief Magistrate Judge